**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior Judge John L. Kane**

Date: April 4, 2016

Deputy Clerk: Bernique Abiakam
Court Reporter: Tamara Hoffschildt

---

Criminal Action No.: 15-cr-00113-JLK-2-3

UNITED STATES OF AMERICA,

Suneeta Hazra
Robert M. Brown

Plaintiff,

v.

2. THOMAS JAY LUCERO,
3. THOMAS MCQUOWN,

Leslee A. Barnicle
Michael G. Root

Defendants.

---

## COURTROOM MINUTES

---

**Motions Hearing**

**10:07 a.m. Court in session.**

Court calls case. Appearances of Counsel. John Pierson, FBI, present for the Government. Defendants present in custody.

Preliminary remarks by the Court.

Discussion and argument heard regarding pending motions.

Comments by Mr. Brown (the Government).

Comments and rulings by the Court.

**ORDERED:** Defendant Thomas Jay Lucero's **Request For Notice of 404(b) Evidence (Filed 2/10/16; Doc. No. 89) is GRANTED in PART, as confessed, and DENIED in PART, as the Government agreed to provide evidence no later than May 2, 2016**.

**ORDERED:** Defendant Thomas McQuown's **Motion For Discovery of 404B Evidence (Filed 2/16/16; Doc. No. 94) is GRANTED in PART, as confessed, and DENIED in PART, as the Government agreed to provide evidence no later than May 2, 2016**.

**ORDERED: The Final Trial Preparation Conference is set for May 3, 2016 at 10:00 a.m. Also, if there is any 404b evidence, a hearing on admissibility will take place on this date.**

**ORDERED:** Defendant Thomas Jay Lucero' [sic] **Request for Disclosure Of Bruton Materials And For James Hearing (Filed 2/10/16; Doc. No. 90) is DENIED as to the James Hearing, and in light of the Governments proffer, is DENIED as MOOT as to the Bruton Materials.**

**ORDERED:** Defendant Thomas McQuown's **Motion For James Hearing (Filed 2/16/16; Doc. No. 93) is DENIED.**

**ORDERED:** **The United States' Proffer Under Fed.R.Evid. 801(d)(2)(E) Relating to Count 1 of the Indictment (Filed 2/29/16; Doc. No. 104) is ACCEPTED.**

Argument heard regarding Motions to Sever - Doc. Nos. 99 and 96.

10:16 a.m. Argument by Mr. Root.

10:17 a.m. Argument by Ms. Barnicle.

10:18 a.m. Argument by Mr. Brown.

10:19 a.m. Comments and rulings by the Court.

**ORDERED:** **Defendant Lucero's Motion For Relief From Prejudicial Joinder of Defendants (Filed 2/16/16; Doc. No. 99) is DENIED.**

**ORDERED:** Defendant Thomas McQuown's **Motion For Severence [sic] of Defendants (Filed 2/16/16; Doc. No. 96) is DENIED.**

Argument heard regarding motions 95, 100, 98, and 97.

Argument by Mr. Root.

Argument by Ms. Hazra.

Comments and rulings by the Court.

**ORDERED:** Defendant Thomas McQuown's **Motion To Suppress Statements (Filed 2/16/16; Doc. No. 95) is DENIED.**

**ORDERED:** Defendant Thomas Lucero's **Motion for Early Disclosure of Jencks, *Brady* and *Giglio* Material and Immediate Disclosure of All *Brady* and *Giglio* Materials Which Relate To Pre-Trial Motions Issues (Filed 2/16/16; Doc. No. 100) is DENIED.**

**ORDERED:** Defendant Thomas McQuown's **Motion For Discovery Of Impeaching Information (Filed 2/16/16; Doc. No. 98) is DENIED.**

**ORDERED:** Defendant Thomas McQuown's **Motion Discovery Of Any Statements The Government Intends To Seek To Introduce Pursuant To Rule 807 Of The Federal Rules Of Evidence (Filed 2/16/16; Doc. No. 97) is DENIED as MOOT.**

Comments by Mr. Brown regarding Government Exhibits 1-20, which are tendered to the Court and accepted as part of the record.

**ORDERED: Counsel shall submit proposed Jury Instructions to Chambers on or before April 22, 2016.**

**ORDERED:** Defendants are **REMANDED** to the custody of the U.S. Marshal.

**10:28 a.m. Court in recess.**
Hearing concluded.
Time in court: 21 minutes.