**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:15-cr-0113

UNITED STATES OF AMERICA,

Plaintiff,

v.

2.  THOMAS JAY LUCERO
3.  THOMAS MCQUOWN,

Defendants.

---

**ORDER SETTING HEARING ON RENEWED MOTION FOR DETERMINATION OF COMPETENCY**

---

Before me is Defendant McQuown's Renewed Motion for Determination of Competency to Stand Trial (Doc. 126). At the hearing held on December 4, 2015, I found that Defendant McQuown was malingering on the basis of the evaluations of Defendant performed by Drs. Fukutaki and Micono. *See* Doc 68-1 at 11; Micono Report at p. 28. Pursuant to F.R.E. 706(a), I intend to appoint Dr. Jane Wells (2669 Spruce Street, Suite 202, Boulder, CO 80302, 303-546-9699) to further evaluate the Defendant's competency to stand trial. Dr. Wells will be paid using CJA funds pursuant to F.R.E. 706(c)(1).

In addition, the Final Trial Prep Conference currently set for 10:00 a.m. on Tuesday, May 3, 2016 is converted to a hearing on (1) Defendant McQuown's Renewed Motion for Determination of Competency to Stand Trial (Doc. 126) and (2) Defendant McQuown's Motion to Continue (Doc. 125). In light of the above,

2

Defendant McQuown's Ex Parte Motion for Funds to Retain a Psychologist (Doc. 124-1) is DENIED AS MOOT.

Dated: April 28, 2016

BY THE COURT:

*s/John L. Kane*
SENIOR U.S. DISTRICT JUDGE