**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.  15-CR-113-JLK-2

UNITED STATES OF AMERICA,

Plaintiff,

v.

2.     THOMAS JAY LUCERO,

Defendant.
_____

**UNOPPOSED MOTION FOR LEAVE TO RESTRICT DOCUMENTS**
_____

    Mr. Thomas J. Lucero, through undersigned counsel Patrick L. Ridley of the law firm Ridley, McGreevy & Winocur, P.C., respectfully moves to restrict [Doc. 287], the brief in support of this motion and any order revealing the contents of those documents, for the reasons stated in the brief filed in support of this motion.  Mr. Lucero requests a "Level 2" restriction which would make the document, the brief in support of this motion, and any order revealing the contents of that document, "Viewable by Selected Parties & Court" only.

    Pursuant to D.C.COLO.LCivR 7.1A, counsel has conferred with AUSA James Murphy and he does not oppose this motion.

    Respectfully submitted,

*s/ Patrick L. Ridley*
Patrick L. Ridley
Ridley, McGreevy & Winocur, P.C.
303 16th Street, Suite 200
Denver, Colorado  80202
Telephone: (303) 629-9700
Fax:  (303) 629-9702
Email ridley@ridleylaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 30th day of April, 2020, I served a true and correct copy of the foregoing **UNOPPOSED MOTION FOR LEAVE TO RESTRICT DOCUMENTS** electronically with the clerk of the court via the CM/ECF system to all interested parties:

James C. Murphy
Assistant U.S. Attorney
United States Attorney's Office | District of Colorado
1801 California Street, Suite 1600
Denver, CO 80202
Phone: (303) 454-0352
Email: james.murphy3@usdoj.gov

                                        *s/Heather Grant*
                                        Heather Grant, Legal Assistant
                                        Ridley, McGreevy & Winocur
                                        303 16th Street Suite 200
                                        Denver CO 80202
                                        Telephone: (303) 629-9700
                                        Facsimile: (303) 629-9702
                                        Email: grant@ridleylaw.com